U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 3 2006

ROBERT H. ~~~~, CLERK
BY_____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| AIR LOGISTICS, LLC | CIVIL ACTION NO. 05-1334 |
| VS. | JUDGE DOHERTY |
| AIG AVIATION, INC. | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL AMOUNT REVIEW RULING

As required by a standing order of this court, the undersigned has reviewed the record and concludes that the jurisdictional amount has been established in this diversity case. The complaint sets forth that plaintiff purchased a Bell helicopter from defendant. Plaintiff alleges that as a result of defendant's defective manufacturing and/or unreasonably dangerous design of the helicopter, the helicopter crashed into the ocean killing the four passengers aboard and destroying the helicopter. Plaintiff alleges that as a result of the accident, plaintiff sustained damages in excess of $7,000,000.00. The undersigned concludes that the requisite jurisdictional amount has been established. Accordingly, no additional briefing is required.

Signed at Lafayette, Louisiana on this 23rd day of February, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140-phone   (337) 593-5155-Fax